UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATE OF MICHIGAN; THE STATE OF CALIFORNIA; THE STATE OF COLORADO; THE STATE OF GEORGIA; THE STATE OF INDIANA; THE STATE OF LOUISIANA; THE STATE OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF MISSOURI; THE STATE OF NEVADA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF OKLAHOMA; THE STATE OF TENNESSEE; THE STATE OF TEXAS; THE STATE OF VIRGINIA; and THE STATE OF WASHINGTON, | Civil Case No. 2:21-cv-10560<br><br>Honorable Sean F. Cox<br>Mag. Judge David R. Grand<br><br>**FILED IN CAMERA AND UNDER SEAL** |
| Plaintiffs, | |
| *ex rel.* DR. SARAH RILEY, | |
| Plaintiff/Relator, | |
| vs. | |
| AVERTEST, LLC d/b/a Averhealth, a Virginia limited liability company, | |
| Defendant. | |
| _____/ | |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART FOR SETTLEMENT PURPOSES; PLAINTIFF STATES NOTICE OF ELECTION TO DECLINE**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the United States hereby notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action for settlement purposes. The United States intervenes as to the part of the action in which Relator alleges that, from May 15, 2019 through November 30, 2020, Defendant Avertest, LLC violated the False Claims Act, 31 U.S.C. §§ 3729–33, when it knowingly submitted, or caused the submission of, claims for payment to the Michigan Department of Health and Human Services, and knowingly made statements material to those claims, concerning positive drug test results for oral fluid samples that were not confirmed using a mass spectrometric method analytically different from the screening method, and did not conform to the terms of its contract with the Michigan Department of Health and Human Services. The United States declines intervention at this time as to all other claims alleged in the Relator's Complaint.

Further, pursuant to their respective False Claims Act statutes, the States of Michigan, California, Colorado, Georgia, Indiana, Louisiana, Minnesota, Missouri, Nevada, New Mexico, New York, Oklahoma, Tennessee, Texas, and Washington, and the Commonwealths of Massachusetts and Virginia (collectively, the "Plaintiff States"), by undersigned counsel from the State of Michigan, and with consent of the remaining Plaintiff States, hereby notify the Court of their decision to decline to intervene.

Consistent with the parties' agreement, the United States, Relator, and the Plaintiff States will file a joint stipulation for dismissal of all of the Relator's claims against Defendant Avertest, LLC in this case.

Finally, the United States and Plaintiff States request that the Relator's Complaint, this Notice, and the accompanying proposed Order be unsealed.  The United States and Plaintiff States request that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' non-public investigation, including methods and thought processes for assessing Relator's allegations, these submissions were provided under § 3730(b)(3) to the Court, alone, for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.  *See id.* 3730(b)(2)-(3) (providing only for unsealing of the *in-camera* complaint).

A proposed order accompanies this Notice.

                                                  Respectfully submitted,

                                                  DAWN N. ISON
                                                  United States Attorney

                                                  s/ Anthony Gentner
                                                  ANTHONY GENTNER (P79535)
                                                  Assistant United States Attorney
                                                  211 W. Fort Street, Suite 2001
                                                  Detroit, Michigan 48226
                                                  (313) 226-9778
                                                  anthony.gentner2@usdoj.gov

                                                  DANA NESSEL
                                                  Michigan Attorney General

                                                  <u>s/ Timothy C. Erickson</u>
                                                  TIMOTHY C. ERICKSON (P72071)
                                                  Assistant Attorney General
                                                  Health Care Fraud Division
                                                  P.O. Box 30218
                                                  Lansing, MI 48909
                                                  (517) 241-6500
                                                  ericksont@michigan.gov
                                                  Attorney for Plaintiff State of Michigan

Dated: June 4, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2024, I served Relator with copies of this Notice and the proposed order by electronic mail as follows:

Donna M. MacKenzie
OLSMAN MACKENZIE PEACOCK
& WALLACE, P.C.
2684 West Eleven Mile Road
Berkley, MI 48072
dmackenzie@olsmanlaw.com

David L. Haron
HARON LAW GROUP, PLC
30300 Northwestern Highway
Suite 115
Farmington Hills, MI 48334
dharon@haronlawgroup.com

                                              s/ Michelle S. Land
                                              Legal Administrative Specialist