# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA; THE STATE OF MICHIGAN; THE STATE OF CALIFORNIA; THE STATE OF COLORADO; THE STATE OF GEORGIA; THE STATE OF INDIANA; THE STATE OF LOUISIANA; THE STATE OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF MISSOURI; THE STATE OF NEVADA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF OKLAHOMA; THE STATE OF TENNESSEE; THE STATE OF TEXAS; THE STATE OF VIRGINIA; and THE STATE OF WASHINGTON,

      Plaintiffs,

*ex rel.* DR. SARAH RILEY,

      Plaintiff/Relator,

vs.

AVERTEST, LLC d/b/a Averhealth, a Virginia limited liability company,

      Defendant.
_____/

Civil Case No. 2:21-cv-10560

Honorable Sean F. Cox
Mag. Judge David R. Grand

**FILED IN CAMERA AND UNDER SEAL**

## ORDER PARTIALLY LIFTING SEAL

The United States having intervened in part of this action for settlement purposes and having declined to intervene in part of this action pursuant to the

False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the Plaintiff States having declined in this action, and the United States and the Plaintiff States having both requested the unsealing of certain documents, the Court rules as follows:

**IT IS HEREBY ORDERED** that the Relator's Complaint, the United States' Notice of Election to Intervene in Part and Decline in Part for Settlement Purposes; Plaintiff States Notice of Election to Decline, and this Order be unsealed.

**IT IS FURTHER ORDERED** that all other contents of the Court's file in this action, filed and lodged to date, shall remain under seal and not be made public or served upon the defendants or any other person, as 31 U.S.C. § 3730(b)(3) expressly authorizes these *in camera* filings to apprise the Court alone of the United States' investigation.

**IT IS FURTHER ORDERED** that the seal shall be lifted on all other matters occurring in this action after the date of this Order.

**IT IS SO ORDERED.**

Dated: June 18, 2024

s/Sean F. Cox  
Sean F. Cox  
U. S. District Judge